UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: <br><br> MANNY O. AMOAKO <br><br> Debtor | Chapter 13 <br> Case No. 18-17954-NVA |
| U.S. BANK NATIONAL ASSOCIATION <br><br> Movant <br><br> v. <br><br> MANNY O. AMOAKO <br> 5406 PHELPS LUCK DR. <br> COLUMBIA, MD 21045 <br>     (Debtor) <br><br> MAYFAIR A. AMOAKO <br> 5406 PHELPS LUCK DRIVE <br> COLUMBIA, MD 21045 <br>     (Co-Debtor) <br><br> NANCY SPENCER GRIGSBY <br> 185 ADMIRAL COCHRANE DR. <br> SUITE 240 <br> ANNAPOLIS, MD 21401 <br>     (Trustee) <br><br> Respondents | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 1301(c)(3)**

U.S. Bank National Association ("Movant") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay and Co-Debtor Automatic Stay as to the real property located at 5406 Phelps Luck Drive, Columbia, MD 21045 ("Property"), and, as grounds therefore, states as follows:

1.    This proceeding seeking relief under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c)(3) of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and

4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2. On June 12, 2018, the above named Debtor, Manny O. Amoako ("Debtor"), filed in this court a Petition under Chapter 13 of the United States Bankruptcy Code. Nancy Spencer Grigsby was appointed Chapter 13 Trustee.

## COUNT 1
## RELIEF FROM AUTOMATIC STAY

3. On or about April 20, 2012, Manny O. Amoako and Mayfair A. Amoako (collectively the "Obligors") executed and delivered to Carrollton Mortgage Services, a Division of Carrollton Bank, a Maryland Corporation, a Note in the amount of TWO HUNDRED NINETY-ONE THOUSAND NINE HUNDRED SEVEN DOLLARS AND NO CENTS ($291,907.00), plus interest at the fixed rate of 4.125%, to be paid over thirty (30) years. A copy of the Note is attached as **Exhibit A** and incorporated herein.

4. To secure the repayment of the sums due under the Note, Manny O. Amoako and Mayfair A. Amoako executed and delivered to Carrollton Mortgage Services, a Division of Carrollton Bank, a Maryland Corporation, a Deed of Trust dated April 20, 2012, encumbering the real property ("Property") more particularly described in the Deed of Trust:

> BEING KNOWN AND DESIGNATED as Lot No. 31 as shown on a Plat entitled, "Columbia Village of Longreach, Section 1, Area 1, Sheet 5 of 23", which Plat is recorded among the Land Records of Howard County, Maryland in Plat Book 18, at folio 45.
>
> The improvements thereon being known as 5406 Phelps Luck Drive

which has the address of 5406 Phelps Luck Drive, Columbia, MD 21045. A copy of the Deed of Trust is attached as **Exhibit B** and incorporated herein.

5. The Note and Deed of Trust were later transferred to Movant and Movant is the current holder of the Note and Deed of Trust. A copy of the Assignment is attached as **Exhibit C** and incorporated herein.

6. The Debtor agreed to a permanent modification of the loan described above. The loan modification agreements are attached as **Exhibit D** and incorporated herein.

7. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

8. As of August 28, 2019, Debtor owes an unpaid principal balance of $236,480.87 under the Note, plus additional accruing interest, late charges, attorneys' fees and costs.

| Unpaid Principal Balance | $236,480.87 |
| Unpaid, Accrued Interest | $13,957.99 |
| Escrow Advance | $17,819.08 |
| PMIMIP Advance | $236.15 |
| Less: Partial Payments | ($3,834.55) |
| Total Outstanding Obligations | $264,659.54 |

9. As of August 28, 2019, Debtor is post-petition due for March 1, 2019, which includes the following missed payments:

| Number of Missed Payments | From | To | Payment Amount | Total Due |
|---|---|---|---|---|
| 2 | March 1, 2019 | April 1, 2019 | $1,927.00 | $3,854.00 |
| 4 | May 1, 2019 | August 1, 2019 | $1,932.93 | $7,731.72 |
| | | | Suspense: | ($684.00) |
| | | | Total Payments Past Due | $10,901.72 |

10. A copy of the post-petition payment history is attached as **Exhibit E** and incorporated herein.

11. The 2019 value of the property is $312,267.00, according to the Tax Assessor's Office. A copy of the Tax Assessment is attached as **Exhibit F** and incorporated herein.

12. The Debtor is in default under the Note.

13. The Debtor has not and cannot offer Movant adequate protection of its interest in the Property, and Movant avers it is not adequately protected.

14. That the Debtor's account delinquency constitute cause for relief from the automatic stay.

## COUNT II
## RELIEF FROM CO-DEBTOR AUTOMATIC STAY

15. The allegations of paragraphs 1 through 14 are incorporated by reference herein.

16. Movant will be irreparably harmed by the continuation of the Co-Debtor Automatic Stay.

17. Cause exists to terminate the Co-Debtor Automatic Stay.

WHEREFORE, U.S. Bank National Association, prays that this Court issue an Order terminating or modifying the Automatic Stay under 11 U.S.C. § 362 and Co-Debtor Automatic Stay under 11 U.S.C. § 1301 as to the property located at 5406 Phelps Luck Drive, Columbia, MD 21045, and granting the following:

a. Relief from the Automatic Stay and Co-Debtor Automatic Stay allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions

with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives.

      b.      That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

      c.      That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

      d.      That it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

      e.      For such other relief as the Court deems proper.

Date:  September 10, 2019

                                    Respectfully submitted,

                                    /s/ Elizabeth M. Abood-Carroll
                                  John E. Tarburton, Bar #26398
                                  Elizabeth M. Abood-Carroll, Bar #20631
                                  Orlans PC
                                  PO Box 2548
                                  Leesburg, VA 20177
                                  (703) 777-7101
                                  Attorneys for U.S. Bank National Association
                                  jtarburton@orlans.com
                                  eabood-carroll@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on September 10, 2019, copies of the foregoing Motion for Relief from Automatic Stay and Co-Debtor Automatic Stay were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com
*Bankruptcy Trustee*

Kim D. Parker
Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, MD 21218
kp@kimparkerlaw.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Motion for Relief from Automatic Stay and Co-Debtor Automatic Stay to the following non-ECF participants:

Manny O. Amoako
5406 Phelps Luck Dr.
Columbia, MD 21045
*Debtor*

Mayfair A. Amoako
5406 Phelps Luck Drive
Columbia, MD 21045
*Co-Debtor*

    /s/ Elizabeth M. Abood-Carroll
John E. Tarburton, Esquire
Elizabeth M. Abood-Carroll, Esquire

**Post-Petition Payment History**

| Due Date | Payment Amount Due |
|---|---|
| 3/1/2019 | $1,927.00 |
| 4/1/2019 | $1,927.00 |
| 5/1/2019 | $1,932.93 |
| 6/1/2019 | $1,932.93 |
| 7/1/2019 | $1,932.93 |
| 8/1/2019 | $1,932.93 |
| **Suspense**: | ($684.00) |
| **Total**: | $10,901.72 |