# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **18–17954 – NVA**   Chapter: **13**

**Manny O. Amoako**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

on 2/1/22 at 2:00 PM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

81 – Trustee's Motion to Dismiss Case Filed by Rebecca A. Herr. (Herr, Rebecca)

82 – Response on behalf of Manny O. Amoako Filed by Kim D. Parker (related document)[81] Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr. (Parker, Kim)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/22/21

                                                    Mark A. Neal, Clerk of Court
                                                    by Deputy Clerk, Mark Rybczynski
                                                    410–962–4255

Form ntchrgmdb (rev. 06/08/2020)